IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDY J. OXENRIDER, | : | CIVIL NO. 3:13-CV-1070 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| BRIAN COLEMAN, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 8th day of November 2013, upon consideration of the petitioner's motion (Doc. 11) for appointment of counsel and petitioners' motion (Doc. 12) for an extension of time, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motion (Doc. 11) for appointment of counsel is DENIED.

2. Petitioner's motion (Doc. 12) for an extension of time is GRANTED. Petitioner may file his reply on or before December 20, 2013.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court