IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDY J. OXENRIDER, | : | CIVIL NO. 3:13-CV-1070 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| BRIAN COLEMAN, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, to wit, this 14th day of May 2014, in accordance with the foregoing memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DISMISSED as time-barred by the statute of limitations. See 28 U.S.C. § 2244(d).

2. There is no basis for the issuance of a certificate of appealability. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

s/James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court